Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

B21 (Official Form 21) (12/12)

# UNITED STATES BANKRUPTCY COURT

In re _Darylneka Johnson_,
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years]

Debtor

Address 3314 W. Monroe Apt #2
Chicago IL 60624

Case No. _____

Chapter 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): #6911

Employer Tax-Identification (EIN) No(s).(if any): _____

**FILED NOV 06 2014 JEFFREY P. ALLSTEAD, CLERK US BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS**

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))**

1. Name of Debtor (Last, First, Middle): _Johnson, Darylneka_
(Check the appropriate box and, if applicable, provide the required information.)

   ☑ Debtor has a Social-Security Number and it is: 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
   (If more than one, state all.)
   ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____
   (If more than one, state all.)
   ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
(Check the appropriate box and, if applicable, provide the required information.)

   ☐ Joint Debtor has a Social-Security Number and it is: _____
   (If more than one, state all.)
   ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN) and it is: _____
   (If more than one, state all.)
   ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _Darylneka Johnson_  11-6-14
Signature of Debtor    Date

X _____
Signature of Joint Debtor    Date

---

*__Joint debtors must provide information for both spouses__.
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.